UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:18-CV-62697-FAM

SATARA N. MONROE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff SATARA N. MONROE ("Ms. Monroe"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 15 (a)(2) and S.D. Fla. Local Rule 15.1, files this Motion for Leave to file Plaintiff's Second Amended Complaint, and in support thereof, states:

1. On December 28, 2018, Ms. Monroe filed an Amended Complaint, [D.E. 8], as a matter of course pursuant to Fed. R. Civ. P. 15.

2. On January 11, 2019, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a Motion to Dismiss [D.E. 10].

3. Ms. Monroe now seeks leave of Court to file her Second Amended Complaint, a copy of which is attached hereto as Exhibit "A."

4. Ms. Monroe's Second Amended Complaint addresses the pleading issues which Wells Fargo presented in its Motion to Dismiss, as well as adding three additional causes of action against Wells Fargo.

5. Ms. Monroe's Second Amended Complaint does not introduce any new parties.

6. This is the first such motion Plaintiff has filed.

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

7. The instant motion is filed in good faith and not filed for the purposes of delay.

8. The parties have yet to file their Joint Scheduling Report and the Court has not yet issued its Scheduling Order.

9. As of the date of this Motion, discovery has not been initiated in this action.

10. Defendant will not be prejudiced by the granting of this Motion.

11. Pursuant to Local Rule 7.1(a)(2), a proposed Order is attached for the Court's convenience as Exhibit "B," and a copy will be transmitted in Microsoft Word format via electronic mail to moreno@flsd.uscourts.gov, pursuant to Rule 3(I)(6) of the CM/ECF Administrative Procedures of the Southern District of Florida.

## **MEMORANDUM OF LAW**

A motion to amend is governed by Fed. R. Civ. P. 15(a), which provides that leave to amend pleadings "shall be freely given when justice so requires." *Id*. The Eleventh Circuit Court of Appeals has explained that such leave should be "freely given," as required by the rule, except in the presence of countervailing factors such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *McKinley v. Kaplan*, 177 F.3d 1253, 1258 (11th Cir. 1999) (*quoting Foman v. Davis*, 371 U.S. 178, (1962)); *Bryant v. Dupree*, 252 F.3d 1161 (11th Cir. 2001) (lower court should have permitted amendment to complaint where there was no evidence of prejudice or undue delay); *Loggerhead Turtle v. County Council of Volusia County, Fla.,* 148 F.3d 1231, 1257 (11th Cir. 1998) (overturning denial of leave to amend where defendant had not shown prejudice or undue delay).

Thus, in light of the liberal policy of allowing for amendments, the Eleventh Circuit has

2 | P a g e

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

held that motions for leave to amend complaints should be liberally granted when necessary in the interests of justice. *See Jennings v. BIC Corp.*, 181 F.3d 1250, 1258 (11th Cir. 1999) (stating that "leave to amend should be liberally granted when necessary in the interest of justice" under Fed. R. Civ. P. 15(a)); *Florida Power & Light Co. v. Allis Chalmers Corp.,* 85 F.3d 1514, 1520 (11th Cir. 1996) ("Unless substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial.")

## CONCLUSION

For the reasons discussed above, Plaintiff, SATARA N. MONROE, respectfully requests this Honorable Court grant leave to file the attached Second Amended Complaint and for such other relief as is just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that he conferred with counsel for Defendant who stated that Defendant does not agree to the relief sought herein.

Respectfully Submitted,

/s/ Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No.  91210
E-mail:chezky@rodallaw.com
THOMAS J. PATTI, ESQ.
Florida Bar No.  118399
E-mail:tom@rodallaw.com
RODAL LAW, P.A.
5300 N.W. 33rd Ave., Suite 219
Fort Lauderdale, Florida 33309
Phone: (954) 367-5308
Fax:    (954) 900-1208

*Counsel for Plaintiff*

3 | P a g e

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 31, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

David A. Greene, Esq.
dgreene@foxrothschild.com
Amy S. Rubin, Esq.
arubin@foxrothschild.com
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 – West Tower
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

*Attorneys for Wells Fargo Bank, N.A.*

    Rodal Law, P.A.
    *Attorneys for Ms. Monroe*
    5300 N.W. 33rd Ave., Suite 219
    Ft. Lauderdale, Florida 33309
    Telephone: (954) 367-5308

    */s/Yechezkel Rodal*
    Yechezkel Rodal, Esq.
    Florida Bar No. 91210
    chezky@rodallaw.com

4 | P a g e

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com