UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:18-CV-62697-FAM

SATARA N. MONROE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

THIS CAUSE having come before the Court on the Plaintiff's [D.E. 13] Motion for Leave to File Second Amended Complaint, and the Court having been advised in the premises, it is hereby ORDERED AND ADJUDGED:

1.    Plaintiff's Motion for Leave to Amend Complaint [D.E. 13] is hereby **GRANTED**;

2.    Plaintiff shall separately electronically file her Second Amended Complaint;

3.    Defendant's Motion to Dismiss [D.E. 10] is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of February 2019.

_____
The Honorable Federico A. Moreno
United States District Judge

*Copies provided to:*
All Counsel of Record